UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff )<br>)<br>vs. )<br>Albert Jesus Armenta )<br>Defendant(s) ) | 08CR0043-IEG<br>CRIMINAL NO. 07mj2922<br><br>ORDER<br>RELEASING MATERIAL WITNESS<br><br>Booking No. 06752298 |

On order of the United States District/Magistrate Judge,   **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / (Case Disposed) / Order of Court).

Jorge Martinez-Arguello

DATED: 1-8-08

**William McCurine, Jr.**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR
W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk