**Charles N. Guthrie**
**Attorney at Law**
**State Bar N. 76644**
**121 Broadway, # 531**
**San Diego, CA 92101**
**Telephone: (619) 230-8598**

**Attorney for Albert Jesus Armenta**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(HON. IRMA E. GONZALEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>ALBERT JESUS ARMENTA,<br>　　　　Defendant.<br>_____ | Case No.  08 CR 00043 - IEG<br><br>MOTION FOR LEAVE TO FILE LATE DOWNWARD DEPARTURE MOTION BASED ON OVER-REPRESENTATION OF CRIMINAL HISTORY AND DOWNWARD ADJUSTMENT MOTION BASED ON MINOR ROLE, SENTENCE MEMORANDUM AND SENTENCE SUMMARY CHART LATE |

　　　HERE COMES DEFENDANT ALBERT JESUS ARMENTA, by and through his attorney of record and moves the above entitled court order he be allowed to file his Downward Departure Motion based on Over-representation of Criminal History and Sentence Memorandum of Points & Authorities in support thereof; Downward Adjustment Sentence Level based on Minor Role and Memorandum of Points & Authorities in support thereof, Sentence Memorandum and Sentence Summary Chart Late.

　　　　　　　　　　　　　DECLARATION IN SUPPORT OF MOTION

　　　My name is Charles N. Guthrie, and I am Mr. Albert Jesus Armenta's attorney of record. I have been engaged in and preparing for several trials within the last month. In addition, I have suffered from a chest cough and illness for several weeks. In order to effectively represent Mr. Armenta it is necessary to file the above listed motions and sentencing documents for departure

downward as to his Criminal History Category as well as his Sentence level and sentencing points in his sentence memorandum and sentence summary chart.

On April 4, 2008, I personally spoke to Assistant United States Attorney Nicole Jones regarding the late filings of the above motions and she indicated there would be no objection from the U. S. Attorney's Office.  I believe there will be no prejudice to the prosecution by a late filing of these documents.

I certify and declare the above true under penalty of perjury executed this April 4, 2008, in the City of San Diego, State of California.

S/ Charles N. Guthrie

ARGUMENT

There is little or no prejudice to the prosecution by late filing of defendant's motion for downward departure Criminal History Category, based on over-representation and Motion for downward adjustment based on Minor Role.   Being sick with the cold that is going around is a reasonable reason for the late filing as well as a preparatory for trial work load.

The court is moved to find good cause and allow defendant to file his sentencing documents no later than April 4, 2008.


Respectfully submitted,

April 4, 2008


s/Charles N. Guthrie
**Charles N. Guthrie, Atty at Law**