Charles N. Guthrie (SBN 76644)
Attorney at Law
121 Broadway, # 531
San Diego, California 92101
Tel: 619-230-8598
Attorney for Defendant

**UNITED STATES OF AMERICA**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 08 CR 00043 - IEG |
| ) | |
| Plaintiff, ) | |
| ) | DECLARATION SERVICE OF MOTIONS |
| v. ) | AND SENTENCE DOCUMENTS |
| ) | |
| ALBERT JESUS ARMENTA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**DECLARATION OF SERVICE:**   My name is Charles N. Guthrie and I declare that on April 4, 2008, I filed by the electronic filing system the following documents:

MOTION FOR LEAVE TO FILE MOTIONS LATE/ SENTENCE MEMORANDUM/ SENTENCE SUMMARY CHART/ MOTION DOWNWARD DEPARTURE CRIMINAL HISTORY CATEGORY BASED ON OVER-REPRESENTATION & MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT/ MOTION DOWNWARD ADJUSTMENT MINOR ROLE AND & MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT

with the United States District Court of the Southern District of California and thereby

electronically served David Leshner, AUSA, 880 Front Street, Rm. 6293, San Diego, California.

I declare/ certify the above true under penalty of perjury this March 31, 2008, executed in the City of San Diego, State of California.

S/Charles N. Guthrie
Charles N. Guthrie, Atty at Law

08 CR 00049 - IEGBEN