FILED
08 APR -8 AM 9:26
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HON. IRMA E. GONZALEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>ALBERT JESUS ARMENTA,<br>Defendant. | Case No. 08 CR 00043 IEG<br><br>**ORDER**<br><br>DEFENDANT: ALBERT JESUS ARMENTA IS GIVEN LEAVE TO FILE HIS SENTENCING MOTIONS FOR DOWNWARD DEPARTURE OVER-REPRESENTATION CRIMINAL HISTORY; DOWNWARD ADJUSTMENT MINOR ROLE; SENTENCE MEMORANDUM, AND SENTENCE SUMMARY CHART LATE |

**O R D E R**

THERE BEING GOOD CAUSE:

DEFENDANT ALBERT JESUS ARMENTA IS ALLOWED LEAVE TO FILE HIS MOTIONS FOR DOWNWARD DEPARTURE OVER-REPRESENTATION OF CRIMINAL HISTORY & POINTS & AUTHORITIES; DOWNWARD ADJUSTMENT MINOR ROLE & POINTS & AUTHORITIES; SENTENCE MEMORANDUM; AND SENTENCE SUMMARY CHART NO LATER THAN APRIL 4, 2008.

DATED: 4/7/08

HON. HON. IRMA E. GONZALEZ

08 CR 00043 - IEG